ACCEPTED
01-14-00822-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 7:07:37 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00822-CR

IN THE COURT OF APPEALS OF TEXAS
FOR THE
FIRST SUPREME JUDICIAL DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/7/2015 7:07:37 PM
CHRISTOPHER A. PRINE
Clerk

------------------------------------------------
NO. 1404673

IN THE 177TH JUDICIAL DISTRICT COURT
OF HARRIS COUNTY, TEXAS
------------------------------------------------

 WEYLIN ALFORD, Appellant

VS

THE STATE OF TEXAS, Appellee

------------------------------------------------
APPELLANT'S MOTION TO ALLOW LATE FILING
OF APPELLANT'S BRIEF
------------------------------------------------

TO THE HONORABLE COURT:

   Comes now the Appellant pursuant to Tex.R.App.P. 10.5(b) and 38.6(d), and files this his Motion To Allow Late Filing Of Appellant's Brief and as grounds therefor would show unto the Court the following:

1)   Appellant was sentenced on October 2, 2014 after a jury trial. The jury found him guilty of Burglary of a Habitation and sentenced him to confinement in the Texas Department of Criminal Justice - Institutional Division for a period of 30 years. in cause

2)   The Appellant timely and properly filed his Notice of Appeal on .

3)   The Court signed it's order appointing counsel on .

4)   A Motion For New Trial was not filed.

5)   An extension is requested until February 1, 2015 for the filing of Appellant's Brief.

6)   No previous extensions have requested or granted to the Appellant.

7)   This extension is requested based on the filing and granting other extensions and resulted in a resulted in a due date at a time when Appellant's attorney increased trial workload.

   WHEREFORE, Appellant prays that the Court grant the requested extension for late filing of Appellant's Brief to February 1, 2015.

Respectfully submitted

_____
Glenn J. Youngblood
Attorney at Law
4669 Southwest Freeway, Suite 595
Houston, Texas 77027
(713) 432-1013
(713) 432-1013 FAX
SBOT # 22217400

## CERTIFICATE OF SERVICE

This is to certify that on this 7th day of January, 2015 a true and correct copy of the foregoing Motion For

Extension Of Time For Filing the Appellant's Brief was served via telephonic document transfer upon:

Alan Curry,
The Harris County District Attorney's Office
Appellate Division
201 Fannin
Houston, Texas 77002
FAX (713) 755-5809

_____
Glenn J. Youngblood